IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00521-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. NANCY A. SITZMAN,

    Defendant.

## ORDER

Having considered the Government's Motion for a Protective Order (doc. #99), filed February 3, 2009, and finding good cause therefor exists, I GRANT the motion. It is

ORDERED that no member of either party will contact the press concerning the facts of this case as of this date, including any potential witnesses.

Dated this 3rd day of February, 2009, at Denver, Colorado.

                BY THE COURT:

                *S/John L. Kane*
                JOHN L. KANE, JUDGE
                UNITED STATES DISTRICT COURT
                DISTRICT OF COLORADO