IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE

Criminal Action No. 08-cr-00521-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NANCY A. SITZMAN,

    Defendant.

---

## JUDGMENT OF ACQUITTAL

---

    This matter was tried from May 26-28, 2009, and June 1-2, 2009 , before a duly sworn jury of 12, Senior Judge John L. Kane presiding. The trial proceeded to conclusion and the jury rendered its verdict finding Defendant Nancy A. Sitzman not guilty of all charges in the Amended Indictment. Accordingly, it is

    ORDERED that the Amended Indictment is dismissed against Defendant Nancy A. Sitzman. It is

    FURTHER ORDERED that Defendant Nancy A. Sitzman be discharged and her bond is exonerated.

    DATED at Denver, Colorado, this 30th day of June, 2009.

                                  BY THE COURT:

                                  */s/ John L. Kane*
                                  John L. Kane, Senior Judge
                                  United States District Court